UNITED STATES District Court
for The
Southern District of Indiana

Anthony S. Sapp,
        Plaintiff,

Vs.                                    Claim no: 3:21-cv-00106-RLY-MPB

Evansville Police department,
Det. D. Richardson,
Det. Sides,
Sgt. Arbaugh,
        Defendants.

FILED
07/06/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Claimant, Anthony S. Sapp, appearing pro se Complaining of the defendant's, the Claimant alleges the following:

1.) The Post office address of the Claimant herein is P.O. Box 979 Henderson, Kentucky, 42419.

2.) This claim is for negligence of the state for failure in following law enforcement Standard procedures when properly executing a Traffic Stop northbound on

1 of 7

Ruston and Morgan Ave. in which led to Deadly force and Police brutality after being shot on upper Right shoulder during apprehension on the <u>18th</u> day of <u>February, 2021</u>, so as to cause serious injury to the Claimant.; <u>Chronic headaches</u>, <u>pain and suffering</u>, <u>permanent disability</u>, <u>sever physical</u> and <u>mental pain and anguish</u>.

3.) It was the duty of the defendant State of Indiana to maintain in a safe and ethical manner when executing State Laws.

    Unfortunately, <u>Evansville police department</u> as to <u>Officers</u>: <u>DeT. D. Richardson</u>, <u>DeT. Sides</u>, <u>Sgt. Arbaugh</u> with <u>other officers</u>: "<u>John Does</u>", ignored such procedures and particualarly the rights of the Claimant and improperly and dangerously shot me with there Service weapon on my right shoulder approx. 4 inches away from head with out proper investigation / probable cause.

<u>Therefore</u>, officers knowingly knowing thru there training and expierence abused there Badge of Authority under Color of State Law and engaged with deadly force.

4.) On the <u>18th</u> day of <u>February 2021</u>, The defendant disregarded its duty by negligently and carelessly discharging

his Service weapon bringing deadly force to the Claimant at Ruston and morgan Avenue in Evansville, Indiana permitting the Traffic stop to be improperly and dangerously unsafe to the Claimant.

5.) On the 18th day of February 2021, at approx. 8:00am Thursday morning. I Claimant was headed northbound on Ruston Avenue in a blue dodge Charger headed to the bank when my Veichle Stalled out in the Snow on Ruston and morgan Avenue when two unidentified men approached my Veichle with guns drawn on me and in a matter of seconds I was shot.

These men later turned out to be police officers who were under the impression the Veichle (blue dodge charger) was Stolen. In which prior to the incident the Veichle was reported stolen, but gained controlled by the owner Later melissa waggoner but officers failed to remove the Status from their Data in which led to their negligence Causing the Claimant to Sustain Serious bodily injury almost death.

6.) On the 18th day of February, 2021, The defendants failed to abide by there policy/procedures when conducting an investigation/Traffic stop.

7.) As a result of Law enforcement(s) <u>Deadly force</u>, <u>Police brutality</u>, <u>Excessive use of force</u> and <u>malicious Acts</u>, Claimant recieved <u>Life threatning injuries</u> to <u>right shoulder</u>, <u>Lameness</u>, <u>Health problems</u>.

8.) As a result of this incident, Claimant <u>Suffered Sever physical</u> and mental pain and <u>anguish</u>.

9.) As a result of this incident, Claimant has <u>Suffered permanent damage</u> including <u>physical health problems</u> and <u>chronic headaches</u>.

10.) Attached hereto as part of the Claim is a sketch of the place of the above described incident.
See: Attachment. 1

# Attachment .1

*[Hand-drawn diagram showing Ruston Avenue running horizontally and Morgan Avenue running vertically, meeting at a corner. On Ruston Avenue are three labeled rectangles (vehicles) numbered 3, 2, 1 from left to right. Two stick figures stand near vehicle 1, labeled "Det. Sides" and "Det. Richardson". A fourth vehicle labeled "4" is shown on Morgan Avenue.]*

1. Claimant veichle
2. Det. Richardson veichle
3. Det. Sides veichle
4. Sgt. Arbaugh veichle

Location: Corner of Ruston and Morgan Ave., Evansville, Indiana.

11.) The particulars of Claimants damages are as follows:

A.) Medical Expenses: n/A

B.) Lost earnings: $ 2,318,400 million

The Claimant when employeed by "Sub Terra Solutions" as a machine operator foreman was paid $23.00 dollars hourly 14 hours a day grossing monthly $7,728 and yearly $92,736 estimating a 25 year time period would total $2,318,400 million.

Claimant was a machine operator prior to his incarceration and inticipated returning to that proffession upon his release.
As a result of this incident, Claimant is loosing proper use of his right shoulder, making him unable to be gainfully employeed as a machine operator.

Consequently, Claimant seeks $20,000,000 in damages for lost potential earnings.

C.) Pain and suffering,
d.) mental anguish,
E.) permanent disability,

F.) negligence,
G.) Police brutality,
H.) Battery assault,
I.) Deadly force,
J.) Excessive use of force,
K.) malicious Acts,
L.) 4th amendment violation,
M.) 6th amendment violation,
N.) 8th amendment violation,
O.) 14th amendment violation.

12.) This Claim is filed within 365 days after the Claim accured as required by Law.

Wherefore, Claimant respectfully requests Judgement against the defendant(s) in the sum of 20 million dollars. ($20,000,000)

Address: Anthony S. Sapp, P.O. Box 979, Henderson Kentucky, 42419.

Date: June 29, 2021

_____
Claimant, Pro se

UNITED States District Court
for The
Southern District of Indiana

State of Indiana,
County of Vanderburgh,

Anthony S. Sapp, being duly sworn says:

I am the Claimant above named; I have read the foregoing claim against the state of Indiana and know its contents. The same is True to my knowledge, except as to the matter therein stated to be alleged on information and belief, and as to those matters, I believe it to be true.

Claimant, Pro se.

I declare that I have not been able to have this nortarized according to law because (I'm currently incarcerated) I therefore declare under penalty of perjury that all the statements made in this are true of my own knowledge, and I pray leave of the court to allow this to be filled without nortarization.

witness: Elvis C. Medrano  380 Borax DR. Henderson KY. 42420
Dated June 29, 2021

x Elvis C. Medrano

1 of 1